IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARIO BENT BARKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 322-148 |
| | ) | |
| WARDEN, FCI SAFFORD, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 10), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this 6th day of February, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE